UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL DOUGLAS WELLS,

                Petitioner,

        -against-

COMMISSIONER ANTHONY J. ANNUCCI,

                Respondent.

19-CV-3841 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

      On March 18, 2019, Petitioner filed this petition, brought under 28 U.S.C. § 2241, in the United States District Court for the Northern District of New York, challenging his previous detention on Rikers Island. (ECF 1.) The Northern District of New York transferred the matter here. (ECF 8.)

      On May 21, 2019, the Court dismissed the action (ECF 11), and on July 25, 2019, the Court denied Petitioner's motion for reconsideration (ECF 17). Petitioner appealed both decisions, and on June 29, 2020, the United States Court of Appeals for the Second Circuit dismissed the appeal because Petitioner did not make a substantial showing of the denial of a constitutional right. (ECF 20.) Following the dismissal of Petitioner's appeal, and his filing of two letters challenging the Court's decisions, the Court issued an order reminding Petitioner that "there is nothing this Court can do in *this* proceeding." (ECF 24, at 1) (emphasis in original).

      Petitioner has now filed an additional five letters, addressing ongoing issues with his current incarceration at Green Haven Correctional Facility and challenging the Court's decisions.[1] (ECF 23, 25-28.) As previously explained by the Court, should Petitioner seek to

---

[1] One of those letters (ECF 23) may have been mailed to the Court before Petitioner received the December 4, 2020 order.

challenge his current incarceration, he must exhaust his state-court remedies and then file a new petition brought under § 2254. (*See* ECF 24, at 1.) To the extent Petitioner challenges this Court's prior orders, the Court has already addressed this issue in prior orders. (ECF 17, 24.)

## WARNING

In light of Petitioner's litigation history in this action, the Court warns him that further filing of submissions in this action will result in an order barring Petitioner from filing any additional submissions in this action, *see* 28 U.S.C. § 1651, except those captioned for the United States Court of Appeals for the Second Circuit.

The Clerk of Court is directed to mail a copy of this order to Petitioner, note service on the docket, and terminate all motions in this action.

Dated:   February 19, 2021
         New York, New York

                                                *Louis L. Stanton*
                                                Louis L. Stanton
                                                     U.S.D.J.